UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-21750

CHRISTOPHER HANSEN,

    Plaintiff,

vs.

2090 PALM LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, and Defendant, having entered into a Confidential Settlement Agreement thereby resolving the claim brought in the above-referenced Action against Defendant, hereby stipulate to the dismissal of the above styled action and request the Court to enter an Order dismissing this cause *with prejudice*.

Dated July 13, 2016.

Respectfully submitted,
LAUREN N. WASSENBERG, ESQ.
*Attorney for Plaintiff*
1825 NW Corporate Blvd, Suite 110
Boca Raton, FL 33143
Telephone: (561) 571-0646
Email: WassenbergL@gmail.com

By: *s/ Lauren N. Wassenberg*
    Lauren N. Wassenberg, Esq.
    Florida Bar No. 34083

GROVER M. MOSCOWITZ, ESQ
*Attorneys for Defendant*
701 Brickell Ave. STE 1550
Miami, Florida 33131
Phone: (305) 728-5129
Email: GroverM48@aol.com

By: *s/ Grover M Moscowitz*
    Grover M Moscowitz, Esq.
    Florida Bar No. 204226

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on this 14th day of July, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              By: s/ Lauren Wassenberg
                Lauren Wassenberg, Esq.
                Florida Bar No.: 34083